IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

IN RE:                           *
    Ashley Rachel Murphree       *      Case no. 13-41009-JJR
    SSN: ***-**-9473               *      Chapter 7
        Debtor                      *

## SUGGESTION OF DEATH

Comes now the undersigned as counsel for the Debtor and suggests the recent death of the Debtor Ashley Rachel Murphree.

This 28th day of February, 2014.

                                       /s/ Tameria S. Driskill
                                       Attorney for the Debtor
                                       PO Box 8505
                                       Gadsden, AL 35902
                                       (256) 546-5591
                                       tsdriskill@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on all creditors and parties in interest listed on the mailing matrix attached hereto by placing the same in the U.S. mail, postage prepaid and properly addressed, and on Hon. Rocco. J. Leo, Trustee, by electronic mail at rleo@ecf.epiqsystems.com and rleo@leoandoneal.com; on Hon. Max C. Pope, Jr., attorney for the Trustee, by electronic mail at max@maxpopejr.com; and on Hon. Keith T. Belt, Jr., attorney for the Trustee, by electronic mail at keithb@beltlawfirm.com.

This 28th day of February, 2014.

                                       /s/ Tameria S. Driskill